CHRIS PEDERSEN, Individually and on Behalf of Other Employees of Defendant Similarly Situated, Respondent, *v.* J. F. FITZGERALD CONSTRUCTION COMPANY, Appellant.

Submitted February 21, 1944; decided March 10, 1944.

*William E. J. Connor* for motion.
*Charles E. Nichols* opposed.

Motion denied, with ten dollars costs.